**Glen Earl MOORE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48095.**

Missouri Court of Appeals, Western District.

Jan. 11, 1994.

Lorry L. Kohrs, Asst. Appellate Defender, Western Appellate Div., Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and LOWENSTEIN and FENNER, JJ.

**ORDER**

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**Sidney D. ELLISON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47050.**

Missouri Court of Appeals, Western District.

Jan. 11, 1994.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and HANNA and ELLIS, JJ.

*ORDER*

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).